**Jan A. Yoss, Esq. (Bar No. 143978)**
**John D. Younesi, Esq. (Bar No. 120339)**
**Younesi & Yoss, LLP**
5959 W Century Blvd., Suite 1118
Los Angeles, CA 90045
e-mail: jyoss@younesi.com

JS-6

**Telephone: 310-693-6180 ✦ Facsimile: 310-693-6186**

Attorneys for Plaintiff, **Kendra Snavely**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kendra Snavely, an individual<br><br>        Plaintiff,<br>vs.<br><br>CITY OF LOS ANGELES, an incorporated municipality; LOS ANGELES POLICE DEPARTMENT, a department of the City of Los Angeles; CITY OF SANTA MONICA, an incorporated municipality; SANTA MONICA POLICE DEPARTMENT, a department of the City of Santa Monica; JANE DOE, an individual; and DOES 1 through 100, inclusive,<br><br>        Defendants. | LASC, West District Case No.:SC099783<br><br>**Case No.** CV08-7363 JFW (FMOx)<br><br>**ORDER REGARDING REMAND OF CASE, DISMISSAL OF CERTAIN CLAIMS AND DISMISSAL OF THE LOS ANGELES POLICE DEPARTMENT** |

The Court having considered the stipulation of the parties, and finding good cause therefor, hereby orders as follows:

1.   The Second, Third and Fourth Causes of Action in the Complaint against all Defendants shall be dismissed; and

2.   The Los Angeles Police Department shall be dismissed without prejudice; and

3.   The case shall be remanded the Superior Court, State of California, County of Los Angeles ("Los Angeles Superior Court").

Date: January 21, 2009

_____
Honorable John F. Walter

1

**ORDER TO REMAND CASE AND DISMISS CERTAIN CLAIMS**